IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYLVIA FLORES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 5:25-cv-01844-JKP-ESC |
| v. | § | |
| | § | |
| HEALTH CARE SERVICE CORPORATION, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Health Care Service Corporation ("HCSC") files this Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1 and states as follows:

1. HCSC is an Illinois Mutual Legal Reserve Company.

2. HCSC is not publicly traded and there are no entities owning 10% or more of its stock.

Dated: September 21, 2026

Respectfully submitted,

By: */s/ Peter J. Stuhldreher*

Peter J. Stuhldreher
Texas Bar No. 24056393
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
pstuhldreher@bakerlaw.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this filing to Plaintiff, who is proceeding pro se.

*/s/ Peter J. Stuhldreher*
Peter J. Stuhldreher