COPY

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>SYLVIA FLORES | COURT CASE NUMBER<br>SA-25-CV-01844-JKP |
| DEFENDANT<br>HEAL TH CARE SERVICE CORPORATION | TYPE OF PROCESS<br>COMPLAINT and JANUARY 9, 2026 ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Health Care Service Corporation | c/o Corporation Service Company | d/b/a CSC-Lawyers Incorporating Service Company | Registered Agent for Service of Process
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
211 East 7th Street, Suite 620, Austin, Texas 78701-3218

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| SYLVIA FLORES<br>2400 MCCULLOUGH AVE<br>UNIT 12343<br>SAN ANTONIO, TX 78212-9998 | Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Pursuant to the Court's January 9, 2026 Order, serve Health Care Service Corporation through its Texas registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, by certified mail, return receipt requested.

Serve the Complaint, and a copy of the January 9, 2026 Order. **CERTIFIED MAIL**

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | 956-249-3099 | 08/10/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 80 | No. 80 | Charla Mora | 8.18.26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 8.31.26 | ☐ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Charla Mora |

FILED
SEP 29 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [initials]
DEPUTY CLERK

***Costs shown on attached USMS Cost Sheet >>***

REMARKS
Served via certified mail 7019 1120 0000 1129 0503
Signed by Chandler Crow 8.31.26

USPS TRACKING #

AUSTIN TX 786
SEP 2026 AM 3 L

9590 9402 5260 9154 0433 24

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

RECEIVED
USMS W/TX
SEP 03 2026
SAN ANTONIO

• Sender: Please print your name, address, and ZIP+4® in this box•

US MARSHAL SERVICE
WESTERN DISTRICT OF TEXAS
262 W. NUEVA ST., ROOM 2-300
SAN ANTONIO, TX 78207

Attn: Civil Desk

SA25CV1844

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Health Care Service Corporation
c/o Corporation Service Company
d/b/a CSC Lawyers Incorporating Service Co.
211 East 7th Street, Suite 620
Austin, TX 78701-3218

9590 9402 5260 9154 0433 24

2. Article Number *(Transfer from service label)*

7019 1120 0000 1129 0503

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X Chandler Crow

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

AUG 31 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Viva Tejas Logistics

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery