**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SYLVIA FLORES | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 5:25-cv-01844-JKP-ESC |
| v. | § | |
| | § | |
| HEALTH CARE SERVICE CORPORATION, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**AGREED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. Offer of Settlement: The parties asserting claims for relief must submit a written offer of settlement to opposing parties by **January 15, 2027**, and each opposing party must respond in writing by **January 29, 2027**.

2. Amend/Supplement Pleadings, Joinder of Parties: Subject to Local Rule CV-15, the parties shall file all motions to amend or supplement pleadings or to join additional parties by **February 12, 2027**.

3. Designation of Witnesses, Experts, and Exhibits: All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and must **SERVE** on all parties but **NOT FILE** the materials required by Fed. R. Civ. P. 26 by **May 28, 2027**. Parties resisting claims for relief must file their designation of potential witnesses, testifying experts, and proposed exhibits, and must **SERVE** on all parties but **NOT FILE** the materials required by Fed. R. Civ. P. 26 by **June 28, 2027**. All designations of rebuttal experts must be designated within **30 days** of receipt of the report of the opposing expert.

4. Expert Testimony Objection: An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 must be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days** of receipt of the written report of the expert's proposed testimony, or **within 30 days** of the expert's deposition, if a deposition is taken, whichever is later.

5. Discovery: The parties must complete discovery by **August 31, 2027**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. Dispositive Motions: All dispositive motions shall be filed by **September 30, 2027**. Dispositive motions and responses to dispositive motions are limited to 20 pages in length, and any reply in support of a dispositive motion is limited to 10 pages in length. *See* Local Rule CV-7.

7. Settlement Conference: The parties must participate in a settlement conference with a Magistrate Judge on or before **February 26, 2027**, and file a report in accordance with Local Rule CV-88 within one week of the completion of the settlement conference.

8. The Court will set dates for trial and the final pretrial conference after ruling on any dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, the Court will also set appropriate deadlines for trial and pretrial conference matters.

**SIGNED** this _____ day of _________________.

_________________________________________

**ELIZABETH S. ("BETSY") CHESTNEY**
**UNITED STATES MAGISTRATE JUDGE**