IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYLVIA FLORES, | § | |
| | § | |
| *Plaintiff,* | § | SA-25-CV-01844-JKP |
| | § | |
| vs. | § | |
| | § | |
| HEALTH CARE SERVICE CORPORATION, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER REFERRING CASE TO MEDIATION**

Before the Court in the above-styled cause of action is the parties' Joint Federal Rule of Civil Procedure 26 Report [#16], which contains a joint request for mediation by a United States Magistrate Judge on or before February 26, 2027. The parties request that the mediation take place in January or February 2027.

**IT IS THEREFORE ORDERED** that this case is referred to U.S. Magistrate Judge Richard B. Farrer for mediation. Upon referral, Judge Farrer will issue a pre-mediation order regarding both scheduling the mediation and pre-mediation submissions from the parties.

**IT IS SO ORDERED.**

SIGNED this 17th day of November, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE