IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYLVIA FLORES, | § | |
| | § | |
| *Plaintiff,* | § | SA-25-CV-01844-JKP |
| | § | |
| vs. | § | |
| | § | |
| HEALTH CARE SERVICE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | |

**SHOW CAUSE ORDER**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings [#9]. On October 15, 2026, the Court entered an Order [#15] requiring the parties to hold their Rule 26 conference and confer on a proposed schedule and to file their proposed schedule and Rule 26 report with the Court. That same Order also set the case for an initial pretrial conference for today, November 17, 2026. The parties conferred and submitted their proposed schedule and report as required. But today, at the scheduled initial pretrial conference, counsel for Defendant appeared at the conference, but Plaintiff, who is proceeding *pro se*, failed to appear.

**IT IS THEREFORE ORDERED** that on or before **November 30, 2026**, Plaintiff **SHOW CAUSE** for her failure to failure to appear at the scheduled Initial Pretrial Conference despite the order to do so. Failure to do so could result in sanctions, up to and including dismissal of this case for failure to prosecute or to follow a court order under Rule 41(b).

**IT IS SO ORDERED**.

SIGNED this 17th day of November, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE